## SHIGG *v.* THE STATE.

SIMMONS, C. J. The evidence being entirely circumstantial and not being sufficient to exclude every reasonable hypothesis other than that of the guilt of the accused, the verdict of guilty was contrary to law.

*Judgment reversed. All the Justices concurring, except Little and Lewis, JJ., absent.*

Submitted March 17, — Decided March 31, 1902.

Indictment for murder. Before Judge Falligant. Motion for new trial. Before Judge Barrow. Chatham superior court, January 28, 1902.

*Raiford Falligant* and *W. F. Slater,* for plaintiff in error.
*Boykin Wright,* attorney-general, and *W. W. Osborne,* solicitor-general, contra.